```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 03608
    WILLIAM ROBERTSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-4189

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/05/2006 and was confirmed 08/10/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
FIRST NORTHERN CREDIT UN   SECURED          8053.07         605.76      1903.81
CAPITAL ONE                UNSECURED         335.22            .00          .00
CAPITAL ONE                UNSECURED         330.27            .00          .00
ELAN FINANCIAL SERV        UNSECURED       NOT FILED           .00          .00
ECAST SETTLEMENT CORP      UNSECURED         1056.90           .00        15.32
MARQUETTE NATIONAL BANK    UNSECURED          637.28           .00          .00
HOMECOMINGS FINANCIAL      NOTICE ONLY    NOT FILED            .00          .00
BENNIE W FERNANDEZ         DEBTOR ATTY     2,824.00                      466.79
TOM VAUGHN                 TRUSTEE                                       160.32
DEBTOR REFUND              REFUND                                           .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   3,152.00

PRIORITY                                              .00
SECURED                                           1,903.81
    INTEREST                                        605.76
UNSECURED                                            15.32
ADMINISTRATIVE                                      466.79
TRUSTEE COMPENSATION                                160.32
DEBTOR REFUND                                          .00
                         ---------------        ---------------
TOTALS                    3,152.00                3,152.00



               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 03608 WILLIAM ROBERTSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
Dated: 12/27/07                      _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```